In the Matter of DANIEL WILLIAMS D., Also Known as DANIEL D., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES et al., Respondents; VERNETTA BERNADETT D., Appellant. [918 NYS2d 382]—

Contrary to the mother's contention, the Family Court providently exercised its discretion in denying her request for an adjournment in order to present the testimony of a caseworker. The mother failed to subpoena the caseworker, although she had ample opportunity to do so, and she only speculated that the caseworker would offer testimony favorable to her (*see Matter of Kaseem J.*, 52 AD3d 1321 [2008]; *Matter of Alexander James R.*, 48 AD3d 820 [2008]; *Matter of Alexa Ray R.*, 276 AD2d 703 [2000]). Dillon, J.P., Dickerson, Hall and Roman, JJ., concur.